UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RODRIGUEZ-QUEZADA,<br><br>Defendant. | Case No. 3:17-cr-00106-LRH-WGC |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RODRIGUEZ-QUEZADA,<br><br>Defendant. | Case No. 3:17-cr-00107-MMD-WGC<br><br>REASSIGNMENT ORDER |

Before the court is the government's Notice of Related Cases (ECF No. 5 in both of the above-referenced cases).

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

1    Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:17-cr-00107-MMD-WGC is reassigned to District Judge Larry R. Hicks and Magistrate Judge William G. Cobb, and all future pleadings must bear case number 3:17-cr-00107-LRH-WGC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 30th day of November, 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE


DATED this 30th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE